TOWNSHIP OF ROXBURY, APPELLANT, v. MADELINE PLUMSTEAD ET AL., RESPONDENTS.

Submitted February 13, 1931—Decided October 19, 1931.

For the appellant, *Charles W. Weeks.*

For the respondent, *McCarter & English.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the *per curiam* opinion in the Supreme Court.

*For affirmance*—THE CHIEF JUSTICE, TRENCHARD, LLOYD,. CASE, DALY, DONGES, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, JJ. 11.

*For reversal*—None.